### UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **HAROLD GRAHAM,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-23-701-G |
| | ) |
| **EATON CORPORATION et al.,** | ) |
| | ) |
| Defendants. | ) |

### ORDER

The docket in this matter reflects that the attorney representing Defendant Eaton Corporation is Michael J. DePonte, whose office is located in Dallas, Texas. As Mr. DePonte is apparently not a resident of, and does not maintain an office in, Oklahoma, Local Civil Rule 83.3(a) requires his association with local counsel. Accordingly, Mr. DePonte shall, within seven (7) days of the date of this Order, either show association with local counsel or file a motion seeking to be excused from the local-counsel requirement. *See* LCvR 83.3(c); *see, e.g.*, *EEOC v. Johnson Controls, Inc.*, No. CIV-19-904-F (W.D. Okla.).

IT IS SO ORDERED this 4th day of October, 2023.

*[signature]*
CHARLES B. GOODWIN
United States District Judge