## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **HAROLD GRAHAM,** | |
| **Plaintiff,** | |
| **v.** | **Case No.  5:23-CV-00701-G** |
| **EATON CORPORATION,**<br>**GERONIMO DeLEON RODRIGUEZ,**<br>**MICHAEL JACKSON,**<br>**JOSENAY LNU,**<br>**SUPERVISOR #3,**<br>**BRIAN GOODNIGHT,**<br>**KATIA ALMEIDA,**<br>**DAVID OSWALD,**<br>**JEFF ATLAN,**<br>**TRACY CLIMBER,**<br>**PAINTER #2,**<br>**HARRIET OPPONG, AND**<br>**STEPHANIE ORR** | |
| **Defendants.** | |

### DEFENDANT EATON CORPORATION'S NOTICE OF SETTLEMENT

Defendant Eaton Corporation ("Defendant") files this Notice of Settlement and respectfully states:

1.    Defendant and Plaintiff (the "Parties") have reached an agreement to resolve this dispute, in principle, subject to the Parties' completion of a formal settlement agreement and pending full compliance with the obligations thereunder.

2.    To this end, and in the interest of conserving the Parties' and the Court's resources, the Parties respectfully request that the Court stay all proceedings and case deadlines pending the execution and obligations of the settlement.

3.      Upon completion and execution of a formal settlement agreement and complete performance under the settlement agreement, the Parties will file a stipulation of dismissal with prejudice. The Parties anticipate filing papers to dismiss the lawsuit with prejudice within the next sixty (60) days.

Respectfully submitted,

*/s/ Michael J. DePonte*
Michael J. DePonte
OBN 35022
JACKSON LEWIS P.C.
500 N. Akard Ste 2500
Dallas, Texas 75201
Tel: (214) 520-2400
Fax: (214) 520-2008
E-mail:  michael.deponte@jacksonlewis.com

**ATTORNEY FOR DEFENDANT
EATON CORPORATION**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing document was served on Plaintiff *pro se* via US mail 1st class and certified mail in accordance with the Federal Rules of Civil Procedure on this 19th day of July, 2024.

Harold J. Graham
30 Severn Street
Shawnee, OK 74801-5059

*/s/ Michael J. DePonte*
Michael J. DePonte

---

**DEFENDANT EATON CORPORATION'S NOTICE OF SETTLEMENT**            **Page 2**